IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH A. HUNDLEY,              ) | |
|     Plaintiff,                                     ) | |
|     v.                                                      )   | CIVIL ACTION NO. 2:11cv1040-MHT (WO) |
| U.S. SECURITY ASSOCIATES, INC. and DUKE LIKINS, individually,             ) | |
|     Defendants.                                ) | |

## JUDGMENT

Pursuant to the notice of dismissal (doc. no. 26), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Duke Likins, individually, is dismissed and terminated as a party.

It is further ORDERED that the motion to dismiss (doc. no. 23) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 1st day of March, 2012.

                    /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE