IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELizABETH A. HUNDLEY,    ) | |
| ) | |
|    Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:11cv1040-MHT |
| ) | (WO) |
| U.S. SECURITY ASSOCIATES,    ) | |
| INC. and DUKE LIKINS,    ) | |
| individually,    ) | |
| ) | |
|    Defendants.    ) | |

### JUDGMENT

Pursuant to the notice of dismissal (doc. no. 26), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Duke Likins, individually, is dismissed and terminated as a party.

It is further ORDERED that the motion to dismiss (doc. no. 23) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 1st day of March, 2012.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE